UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WENDY ANN T.,

                Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5569 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge may take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision.

    Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

    DATED this 25th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1